# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-11546

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 25, 2011**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Karl Matthew Nystorm<br>      Debtor.<br>_____<br>HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Asset Backed Certificates, Series 2005-4, by its Attorney in fact Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Karl Matthew Nystorm, Debtor, David M. Reaves, Trustee.<br><br>      Respondents. | No. 2:11-BK-12259-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 30, 2005 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Asset Backed Certificates, Series 2005-4, by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Karl Matthew Nystorm has an interest in, further described as:

> LOT 535, MOON VALLEY GARDENS VI, ACCORDING TO BOOK 137 OF MAPS, PAGE 37, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.